# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: C.R., A MINOR : No. 352 MAL 2015
:
:
:
PETITION OF: C.R., A MINOR : Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.